IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GAVALDON,

   Plaintiff,

 vs.

MATTHEW L. CATE, et al.,

   Defendants.
              /

No. C 11-02887 YGR (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PROOF OF SERVICE OR TO SHOW CAUSE WHY CLAIMS AGAINST UNSERVED NAMED DEFENDANTS SHOULD NOT BE DISMISSED**

  Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On December 12, 2011, the Court issued an "Order to Show Cause Why Claims Against Unserved Defendants Should Not Be Dismissed." The Court directed Plaintiff, who paid the filing fee in this matter, to provide the Court with proof of service of the summons and complaint upon the named Defendants against whom he alleges his claims. (Dec. 12, 2011 Order at 1.)

  Plaintiff has filed a request for a sixty-day extension of time to show proof that he has served the named Defendants, or to show cause why the claims against the unserved named Defendants should not be dismissed from this action without prejudice. Having read and considered Plaintiff's request, and good cause appearing,

  IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may either provide the Court with proof of service on the named Defendants, or show cause why the claims against the unserved named Defendants should not be dismissed from this action without prejudice, will be extended up to and including **March 12, 2012.** Failure to do so by the new deadline shall result in the dismissal of all claims against the unserved named Defendants without prejudice.

  This Order terminates Docket no. 11.

  IT IS SO ORDERED.

DATED: January 30, 2012

                     **YVONNE GONZALEZ ROGERS**
                     **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Gavaldon2887.EOT-response2OSC(4m).wpd